# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**BECKLEY DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                     CRIMINAL ACTION NO. 5:06-cr-00092

RONALD NEWSOM,

        Defendant.

**MODIFICATION OF SUPERVISED RELEASE**

On August 20, 2009, the Defendant, Ronald Newsom, appeared in person and by counsel, George H. Lancaster, Jr., AFPD, for a hearing on the *Report on Offender Under Supervision* submitted by the Defendant's supervising probation officer. The United States was represented at the hearing by Miller A. Bushong III, AUSA. United States Probation Officer Amy Berry-Richmond was also present at the hearing.

On November 6, 2006, the Defendant was sentenced to a term of imprisonment of 12 months to be followed by a 3-year term of supervised release. The Defendant began serving the term of supervised release on August 9, 2007. On July 14, 2009, the *Report on Offender Under Supervision* [Docket 61] was filed charging the Defendant with violating certain conditions of supervised release. An *Amendment to Violation Petition* [Docket 68] was filed on August 17, 2009.

At the hearing, the Court found that the Defendant had received written notice of the alleged violations as contained in the *Petition* and the *Amendment*, and that the evidence against the

Defendant had been disclosed. The Court further found that the Defendant appeared, was given the opportunity to present evidence, and was represented in the proceeding by counsel.

The Defendant then admitted the allegations contained in the *Petition* and the *Amendment*.

Thereupon, upon joint request of the parties, the Court **MODIFIED** the conditions of the Defendant's supervised release, and **ORDERED** as follows:

1) The Defendant shall reside at Transitions, a halfway house in Ashland, Kentucky, for a period of six months, and shall participate in in-patient drug treatment while there;

2) The Defendant shall be restricted to the Transitions facility at all times during the six-month period, and shall only be permitted to leave the facility with specific, express permission from his probation officer; and

3) The Defendant shall comply with all rules and regulations of the halfway house.

All previously imposed conditions of supervised release remain in full effect.

For the reasons more fully stated on the record, the Defendant's bond was **REVOKED**, and the Defendant was **REMANDED** to the custody of the United States Marshal pending his placement at Transitions. The Probation Office is **DIRECTED** to advise the Court when the Defendant is accepted at Transitions, at which time the Court will enter a subsequent order directing the Defendant's release from custody.

The Revocation Petition Hearing is **HELD IN ABEYANCE** at this time. The Probation Officer is **DIRECTED** to advise the Court when the Defendant completes his six-month stay at Transitions, or is released from the facility for failure to complete drug treatment or abide by the rules thereof, at which time the Court shall, in either event, reschedule the Revocation Petition Hearing in this matter.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: August 24, 2009

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE